IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *TRINA DIBRILL, a disabled person, by her Mother/Guardian ANNGINETTE WHEELER,*<br><br>Plaintiffs,<br><br>v.<br><br>*NORMANDY NURSING CENTER, KERRY KAUFMANN, individually and official capacity as Owner/ Administrator, Normandy Nursing Center, CLARA MAYES, individually and in her official capacity as Director of Nursing for Normandy Nursing Center and SANTONIO McCOY, individually and in the official capacity as employee for Normandy Nursing Center,*<br><br>Defendants. | Cause No. 4:09-CV00764DJS<br><br>**JURY TRIAL DEMANDED** |

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Normandy Associates, Inc., d/b/a Normandy Nursing Center, incorrectly named as Normandy Nursing Center, hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:  **None.**

2. Subsidiaries not wholly owned by the corporation:  **None.**

3. Any publicly held company that owns ten percent (10%) or more of the corporation:  **None.**

2075617\1

SANDBERG PHOENIX & von GONTARD P.C.


By:   /s/*Teresa D. Bartosiak*
      Teresa D. Bartosiak, Fed. Bar No. 49129
      J. Megan Cadice Dolton
      One City Centre, 15th Floor
      St. Louis, MO 63101-1880
      314-231-3332
      314-241-7604 (Fax)
      E-mail:  tbartosiak@sandbergphoenix.com
              mdolton@sandbergphoenix.com

*Attorneys for Defendants*
*Normandy Associates, Inc. d/b/a Normandy Nursing Center, incorrectly named as Normandy Nursing Center, Kerry Kaufmann and Clara Mayes*

**Certificate of Service**

    I hereby certify that on 9th day of June, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Law Offices of James C. Robinson, LLC
Mr. James Robinson
P.O. Box 372051
St. Louis, Missouri  63137
attorneyjrobinson@hotmail.com


        /s/*Teresa D. Bartosiak*

2075617\1