**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **TRINA DIBRILL, a disabled** ) | |
| **person, by and through her** ) | |
| **Mother/Guardian, next friend,** ) | |
| **Annginette Wheeler** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | No.  4:09CV764-DJS |
| ) | |
| **NORMANDY NURSING CENTER,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

<u>**ORDER OF DISMISSAL**</u>

Pursuant to the Count's January 26, 2010, order [Doc. #45],

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Counts I, II, and VII of plaintiff Trina Dibrill's second amended complaint [Doc. #46] are dismissed as to all defendants.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all remaining claims asserted in plaintiff's second amended complaint are dismissed without prejudice.

Dated this ___27th___ day of January, 2010.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE